**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60959-CIV-DAMIAN**

**OSNAY SALAZAR BONACHEA,**

      Petitioner,

v.

**MARKWAYNE MULLIN, Secretary of the**
**U.S. Department of Homeland Security,**
**TODD BLANCHE, Attorney General of the**
**United States, WARDEN OF THE**
**BROWARD TRANSITIONAL CENTER,**
**GARRET RIPA, Field Office Director for**
**Enforcement and Removal Operations,**
**U.S. Department of Homeland Security,**

      Respondents.

_____/

**ORDER GRANTING IN PART PETITION**

**THIS CAUSE** is before the Court on Petitioner, Osnay Salazar Bonachea's

("Petitioner"),  Petition for a Writ of Habeas Corpus ("Petition") [ECF No. 1], filed on

April 6, 2026, and the Response to Order to Show Cause ("Response") [ECF No. 5], filed

on May 14, 2026.

THE COURT has reviewed the Petition, the Response, and the record in this case

and is otherwise fully advised. Petitioner asserts a due process challenge to his arrest and

detention by immigration officials, alleging, in relevant part, that his continued custody is

unlawful, arbitrary, and contrary to the United States Constitution. Petitioner requests

release from immigration detention and that Respondents afford him a bond hearing. *See*

*generally* Pet. In the Response, Respondents state that in light of the Eleventh Circuit's

recent decision in *Alvarez v. Warden*, No. 25-14065, __ F.4th __ (11th Cir. May 6, 2026), they do not oppose Petitioner's request for a bond hearing. *See* Resp.

This Court finds that Petitioner is entitled to an individualized bond hearing as a detainee under Section 1226(a), and noting that Respondents do not oppose the relief, it is

**ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **GRANTED IN PART** to the extent that Petitioner requests this Court to direct the Immigration Court to give him a bond hearing. Respondents shall **FORTHWITH** afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or otherwise release Petitioner. The bond hearing must take place no later than **June 5, 2026**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case for administrative and statistical purposes. In the event Respondents fail to comply with this Order, Petitioner may move to reopen this case.

All other pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 2nd day of June, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**